Mary Von Der Brelie, Appellant, v. Henry Von Der Brelie, Appellee.

Gen. No. 21,949.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed March 7, 1916.

## Statement of the Case.

Bill for maintenance and support and other relief by Mary Von Der Brelie, plaintiff, against her husband, Henry Von Der Brelie, defendant. From a decree dismissing her bill of complaint and the amendments thereto, complainant appeals.

It was alleged that the husband had refused to convey certain real estate to his wife and to cancel a certain lease to his son-in-law. Under advice of a physician he left his wife for a period of rest, which was said to have been necessitated by the conduct of his wife.

COBURN & BENTLEY, for appellant.

ATWOOD, PEASE & LOUCKS, for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1.  HUSBAND AND WIFE, § 217*—*when wife not justified in refusing to live with husband so as to be entitled to separate maintenance.* Refusal of husband to convey some of his property to his wife or to cancel a certain lease to his son-in-law does not give her legal grounds for refusing to live with him, under Hurd's Rev. St., ch. 68, sec. 22 (J. & A. ¶ 6159), so as to entitle her to separate maintenance.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. HUSBAND AND WIFE, § 222*—*when husband not guilty of desertion of wife so as to entitle her to separate maintenance.* Desertion of a wife by her husband, so as to entitle her to separate maintenance under Hurd's Rev. St. ch. 68, sec. 22 (J. & A. ¶ 6159), does not take place when husband, under the advice of a physician, leaves her for a period of rest, and he is impelled thereto by the conduct of the wife.